FILED: November 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4607
(4:24-cr-00016-M-RN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SINA GHOLINEJAD, a/k/a Sina Ghaaf

Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the Eastern District of North

Carolina at Greenville to represent Sina Gholinejad in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk