FILED: February 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4607
(4:24-cr-00016-M-RN-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SINA GHOLINEJAD, a/k/a Sina Ghaaf

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 03/17/2026

Opening brief due: 03/17/2026

Response brief due: 04/07/2026

Any reply brief: 10 days from service of response brief.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk