IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES,

        Appellee,

v.

SINA GHOLINEJAD,

        Appellant.

No. 25-4607

**APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Appellant Sina Gholinejad respectfully moves this Honorable Court for a second twenty-eight-day extension of time for filing the opening brief and joint appendix from March 17, 2026, until April 14, 2026. The government does not oppose this motion. In support of this motion, Mr. Gholinejad shows the Court the following:

1.    This Court granted an initial twenty-eight-day extension to file the opening brief and joint appendix until March 17, 2026.

2.    Counsel was assigned to handle initial appearances and detention hearings in district court on February 26, 2026, and March 10, 2026.

1

3. Counsel has been consulting with trial counsel in *United States v. Roblero*, No. 5:25-cr-00303-FL-RJ-1.

4. Counsel has been preparing for a moot court session for a member of this Court's panel.

5. Counsel filed the reply brief in *United States v. Grady*, 25-4385, on March 9, 2026.

6. Counsel is preparing the opening brief and joint appendix in *United States v. Fields*, No. 25-4573, which will be filed by the due date of March 17, 2026.

7. Counsel is also preparing the opening brief and joint appendix in *United States v. Blackburn*, No. 25-4589, which will be filed by the due date of March 24, 2026.

8. Counsel needs additional time to prepare and finalize the opening brief and joint appendix for Mr. Gholinejad. This request is not being made for purposes of delay, but to ensure a careful and thorough presentation of Mr. Gholinejad's case.

9. For these reasons, Mr. Gholinejad respectfully requests a second extension of twenty-eight days to file the opening brief and joint appendix.

10.   Assistant United States Attorney Lucy Partain Brown, who is representing the United States in this case, has no objection to the relief requested herein.

For these reasons, Mr. Gholinejad respectfully requests that this motion be granted and that the time for filing the opening brief and joint appendix be extended until April 14, 2026.

Respectfully submitted this 10th day of March 2026.

G. ALAN DUBOIS
FEDERAL PUBLIC DEFENDER

*/s/ Andrew DeSimone*
ANDREW DESIMONE
ASSISTANT FEDERAL PUBLIC DEFENDER
EASTERN DISTRICT OF NORTH CAROLINA
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236

### CERTIFICATE OF COMPLIANCE WITH
### TYPE VOLUME AND STYLE LIMITATIONS

This document complies with the type volume limits because it contains fewer than 1,000 words.

This document complies with the typeface and type style requirements because it has been prepared in a proportionally spaced typeface using Microsoft 365 Apps For Enterprise (Word) in size 14 Century Schoolbook font.

*/s/ Andrew DeSimone*
ANDREW DESIMONE