No. 25-4607

IN THE

# United States Court of Appeals for the Fourth Circuit

UNITED STATES OF AMERICA,
*Appellee,*

V.

SINA GHOLINEJAD,
*Appellant.*

On Appeal from the United States District Court for
the Eastern District of North Carolina (Myers, C.J.)

## JOINT APPENDIX VOLUME II

G. ALAN DUBOIS
FEDERAL PUBLIC DEFENDER

W. ELLIS BOYLE
UNITED STATES ATTORNEY

EASTERN DISTRICT OF NORTH CAROLINA

ANDREW DESIMONE
ASSISTANT FEDERAL PUBLIC DEFENDER
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
(919) 856-4236

LUCY PARTAIN BROWN
ASSISTANT UNITED STATES ATTORNEY
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
(919) 856-4530

*Counsel for Appellant*

*Counsel for Appellee*

# CONTENTS OF APPENDIX

**VOLUME I**                                                    **PAGE NO.**

Judgment.................................................................................001

Certificate of Service

**VOLUME II**

Docket Sheet.........................................................................010

Indictment ............................................................................018

Notice of Appeal ..................................................................035

Certificate of Service

**VOLUME III**

Memorandum of Plea Agreement .......................................037

Sealed Supplement to Memorandum of Plea Agreement .................047

Transcript of Arraignment Hearing on May 27, 2025.......................050

Final Presentence Report....................................................088

Sentencing Memorandum ...................................................105

Character Letters.................................................................126

Transcript of Sentencing Hearing on
    November 3, 2025...........................................................134

Order for Restitution...........................................................203

Statement of Reasons........................................................................206

Certificate of Service

APPEAL,CLOSED,INTERPRETER

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Eastern Division)
## CRIMINAL DOCKET FOR CASE #: 4:24-cr-00016-M-RN-1

Case title: USA v. Gholinejad

Date Filed: 04/04/2024

Date Terminated: 11/03/2025

Assigned to: Chief Judge Richard E. Myers, II
Referred to: Magistrate Judge Robert T. Numbers, II

Appeals court case number: 25-4607 USCA

## Defendant (1)

**Sina Gholinejad**
*TERMINATED: 11/03/2025*
*also known as*
Sina Ghaaf
*TERMINATED: 11/03/2025*

represented by **Diana Helene Pereira**
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4477
Email: diana_pereira@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

Damage to a protected computer used by an entity of the Untied States; and aiding and abetting
(4)

Conspiracy to commit wire fraud
(6)

## Disposition

72 months imprisonment (72 months on count 4 and 72 months on count 6; to run concurrently) - 3 years supervised release (3 years on count 4 and 3 years on count 6; to run concurrently) - $200 special assessment - no fine - $14,655,096.24 restitution

72 months imprisonment (72 months on count 4 and 72 months on count 6; to run concurrently) - 3 years supervised release (3 years on count 4 and 3 years on count 6; to run concurrently) - $200 special assessment - no fine - $14,655,096.24 restitution

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

JA010

| | |
|---|---|
| Conspiracy to commit offense or to defraud the United States (1) | Dismissed |
| Damage to a protected computer used by an entity of the Untied States; and aiding and abetting (2) | Dismissed |
| Threatening to damage a protected computer; and aiding and abetting (3) | Dismissed |
| Threatening to damage a protected computer; and aiding and abetting (5) | Dismissed |
| Money laundering conspiracy (7) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Aarash A. Haghighat** |

**Aarash A. Haghighat**
DOJ-USAO
1301 New York Ave NW
Washington, DC 20530
202-616-2929
Email: aarash.haghighat@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Bradford M DeVoe**
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4028
Fax: 919-856-4487
Email: bradford.devoe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Ryan K.J. Dickey**
DOJ-Crm
Ccips
1301 New York Avenue NW
Ste 6th Floor

**JA011**

Washington, DC 20530
202-616-1509
Fax: 202-514-6113
Email: ryan.dickey@usdoj.gov
*TERMINATED: 07/07/2025*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2024 | 1 | INDICTMENT as to Sina Gholinejad (1) counts 1, 2, 3, 4, 5, 6, 7. The foreperson's signature has been redacted pursuant to the E-Government Act. The unredacted version of this document has been filed under seal. (Pendergrass, C) (Entered: 04/05/2024) |
| 04/04/2024 | 2 | MOTION to Seal 1 Indictment filed by USA as to Sina Gholinejad. (Pendergrass, C) (Entered: 04/05/2024) |
| 04/04/2024 | 3 | ORDER granting 2 Motion to Seal as to Sina Gholinejad (1). Signed by Magistrate Judge James E. Gates on 4/4/2024. (Pendergrass, C) (Entered: 04/05/2024) |
| 04/04/2024 | 4 | Unredacted Document 1 Indictment (Pendergrass, C) (Entered: 04/05/2024) |
| 04/04/2024 | 5 | Warrant Requested by USA as to Sina Gholinejad. (Pendergrass, C) (Entered: 04/05/2024) |
| 04/04/2024 | 6 | Arrest Warrant Issued by Peter A. Moore, Jr., Clerk of Court in case as to Sina Gholinejad. Original to US Marshal's Office for service. (Pendergrass, C) (Entered: 04/05/2024) |
| 04/04/2024 | 7 | Penalty Sheet *(Selected Participants Only)* as to Sina Gholinejad (Pendergrass, C) (Entered: 04/05/2024) |
| 01/08/2025 | | **ORAL ORDER as to Sina Gholinejad: The court provisionally appoints the Office of the Federal Public Defender to represent the defendant. The court directs the defendant to submit a completed CJA 23 Financial Affidavit within 7 days. If the court determines that the defendant is entitled to appointment of counsel the court will take no further action. If the court determines that the defendant does not qualify for appointment of counsel, the court will enter an Order. Entered by Magistrate Judge James E. Gates on 1/8/2025. (Horton, B.) (Entered: 01/08/2025)** |
| 01/09/2025 | | Set Hearings as to Sina Gholinejad: Initial Appearance set for 1/10/2025 at 10:00 AM in Raleigh - 7th Floor - Courtroom 2 before Magistrate Judge Robert T. Numbers II. (Pendergrass, C) (Entered: 01/09/2025) |
| 01/10/2025 | 10 | Arrest Warrant Returned Executed on 1/10/2025 as to Sina Gholinejad. (Reznick, Debra) (Entered: 01/10/2025) |
| 01/10/2025 | | Arrest of Sina Gholinejad. (Pendergrass, C) (Entered: 01/10/2025) |
| 01/10/2025 | | ORAL MOTION for Detention filed by USA as to Sina Gholinejad. (Pendergrass, C) (Entered: 01/10/2025) |
| 01/14/2025 | 12 | **SCHEDULING ORDER as to Sina Gholinejad: Arraignment set for 3/11/2025 term in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. The attorneys are ORDERED to conduct a pre-trial conference on or before January 31, 2025. Motions due by 2/14/2025. Response to Motion due by 2/28/2025. Signed by Magistrate Judge Robert T. Numbers, II on 1/14/2025. Counsel is reminded to read the attached order in its entirety for additional information.** (Lopez, R.) (Entered: 01/14/2025) |

**JA012**

| 01/15/2025 | 13 | Notice of Attorney Appearance: Diana Helene Pereira -FPD appearing for Sina Gholinejad. (Shoe, A) (Entered: 01/16/2025) |
|---|---|---|
| 01/15/2025 | 14 | SEALED Request for discovery filed by Sina Gholinejad (Shoe, A) (Entered: 01/16/2025) |
| 01/17/2025 | 15 | **ORDER OF TEMPORARY DETENTION as to Sina Gholinejad Detention Hearing set for 1/22/2025 at 10:00 AM in Raleigh - 6th Floor Courtroom before Magistrate Judge James E. Gates.. Signed by Magistrate Judge Robert T. Numbers, II on 1/10/2025. (Pendergrass, C) (Entered: 01/17/2025)** |
| 01/21/2025 | 16 | CJA 23 Financial Affidavit by Sina Gholinejad. (Horton, B.) (Entered: 01/21/2025) |
| 01/21/2025 | 17 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Sina Gholinejad. Signed by Magistrate Judge James E. Gates on 1/21/2025. (Horton, B.) (Entered: 01/21/2025) |
| 01/21/2025 | 18 | Out of Court Waiver of Detention Hearing by Sina Gholinejad. (Horton, B.) (Entered: 01/21/2025) |
| 01/21/2025 | | TEXT ORDER as to Sina Gholinejad (1): Based on the Waiver of Detention Hearing filed at Docket Entry 18, the court finds that the defendant has knowingly and voluntarily waived his detention hearing, and he is ordered detained pending trial. The defendant is remanded to the custody of the Attorney General or to the Attorney Generals designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. The detention hearing scheduled for 22 January 2025 at 10:00 a.m. in the 6th floor Courtroom is cancelled. Entered by Magistrate Judge James E. Gates on 1/21/2025. (Horton, B.) (Entered: 01/21/2025) |
| 01/21/2025 | | Terminate Detention Hearings as to Sina Gholinejad. Out of Court Waiver of Detention filed. Text Order entered. (Horton, B.) (Entered: 01/21/2025) |
| 02/24/2025 | | Notice of Hearing as to Sina Gholinejad: Arraignment set for 3/12/2025 at 10:00 AM in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. *Motions to continue and in limine shall be filed **three (3) business** days before the **start** of a term of court. Any motion of a non-emergency nature filed after that date will be heard in open court during the scheduled hearing time, at which time all parties and counsel must be present. **All** requests for changes to the calendar must be made by motion for the courts consideration with a proposed order. Any requests made for changes made via email will not be considered.* Click here for court calendar. (Shoe, A) (Entered: 02/24/2025) |
| 02/25/2025 | 20 | MOTION to Move to New Facility filed by Sina Gholinejad. (Attachments: # 1 Proposed Order) (Shoe, A) (Entered: 02/25/2025) |
| 02/25/2025 | 21 | MOTION to Continue Arraignment filed by Sina Gholinejad. (Attachments: # 1 Proposed Order) (Shoe, A) (Entered: 02/25/2025) |
| 02/25/2025 | | **TEXT ORDER as to Sina Gholinejad: For good cause shown, Defendant's unopposed motion to continue the arraignment and trial is GRANTED. Defendant's arraignment is continued until the May 6, 2025 term of court. The court has determined that the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting the motion shall therefore be excluded in computing Defendant's speedy-trial time. See 18 U.S.C. § 3161(h)(7). Entered by Chief Judge Richard E. Myers II on 2/25/2025.** (Shoe, A) (Entered: 02/25/2025) |

JA013

| | | |
|---|---|---|
| 02/25/2025 | | Reset Hearing as to Sina Gholinejad: Arraignment set for the 5/6/2025 term in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. (Shoe, A) (Entered: 02/25/2025) |
| 02/25/2025 | | Motion Submitted to Chief Judge Richard E. Myers II as to Sina Gholinejad regarding 20 MOTION. (Shoe, A) (Entered: 02/25/2025) |
| 02/26/2025 | 22 | **ORDER regarding 20 Motion as to Sina Gholinejad: The motion is GRANTED IN PART. The United States Marshal Service is DIRECTED to coordinate with staff at both facilities and effectuate Defendant's transfer to New Hanover County Jail to the extent it is feasible. Signed by Chief Judge Richard E. Myers II on 2/25/2025.** (Shoe, A) (Entered: 02/26/2025) |
| 04/24/2025 | | Notice of Hearing as to Sina Gholinejad: Arraignment set for 5/7/2025 at 10:00 AM in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. *Motions to continue and in limine shall be filed* **three (3) business** *days before the* **start** *of a term of court. Any motion of a non-emergency nature filed after that date will be heard in open court during the scheduled hearing time, at which time all parties and counsel must be present.* **All** *requests for changes to the calendar must be made by motion for the courts consideration with a proposed order. Any requests made for changes made via email will not be considered.* Click here for court calendar. *Counsel notified of hearing via email as this is a sealed case. (Lee, L.) (Entered: 04/24/2025) |
| 05/01/2025 | 23 | NOTICE OF ATTORNEY APPEARANCE Aarash A. Haghighat appearing for USA. (Shoe, A) (Entered: 05/01/2025) |
| 05/01/2025 | 24 | NOTICE OF ATTORNEY APPEARANCE Ryan K.J. Dickey appearing for USA. (Shoe, A) (Entered: 05/01/2025) |
| 05/02/2025 | 25 | Unopposed MOTION to Continue Arraignment filed by Diana H. Pereira. (Shoe, A) (Entered: 05/02/2025) |
| 05/02/2025 | | **TEXT ORDER: For good cause shown, Defendant's second unopposed motion to continue the arraignment and trial is GRANTED. Defendant's arraignment is continued until the May 20, 2025 term of court. The court has determined that the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting the motion shall therefore be excluded in computing Defendant's speedy-trial time. See 18 U.S.C. § 3161(h)(7). Entered by Chief Judge Richard E. Myers II on 5/2/2025.** (Shoe, A) (Entered: 05/02/2025) |
| 05/02/2025 | | Reset Hearing as to Sina Gholinejad: Arraignment set for the 5/20/2025 at term in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. (Shoe, A) (Entered: 05/02/2025) |
| 05/08/2025 | | Notice of Hearing as to Sina Gholinejad: Arraignment set for 5/27/2025 at 3:30 PM in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. *Motions to continue and in limine shall be filed* **three (3) business** *days before the* **start** *of a term of court. Any motion of a non-emergency nature filed after that date will be heard in open court during the scheduled hearing time, at which time all parties and counsel must be present.* **All** *requests for changes to the calendar must be made by motion for the courts consideration with a proposed order. Any requests made for changes made via email will not be considered.* Click here for court calendar. (Shoe, A) (Entered: 05/08/2025) |
| 05/14/2025 | | Reset Hearing as to Sina Gholinejad: NOTE TIME CHANGE Arraignment set for 5/27/2025 at 10:00 AM in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. (Shoe, A) (Entered: 05/14/2025) |

JA014

| 05/27/2025 | 26 | Minute Entry for proceedings held before Chief Judge Richard E. Myers II in Wilmington: Arraignment as to Sina Gholinejad held on 5/27/2025. Defendant present with Counsel and Assistant US Attorney present for the Government. Government motions to unseal case. Motion granted. Defendant Affirmed - Competent - Rule 11 conducted. Plea entered: Guilty as to Counts 4,6. Defendant advised of rights, charges and maximum penalties. Memorandum of Plea Agreement filed. Sentencing set for the 8/19/2025 term in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. Defendant remanded to custody of U.S. Marshal. (Court Reporter Jenny Carroll) (Shoe, A) (Entered: 05/27/2025) |
|---|---|---|
| 05/27/2025 | | ORAL MOTION to Unseal Case entered by USA. (Shoe, A) (Entered: 05/27/2025) |
| 05/27/2025 | | **ORAL ORDER granting Oral Motion to Unseal Case. Entered by Chief Judge Richard E. Myers II on 5/27/2025.** (Shoe, A) (Entered: 05/27/2025) |
| 05/27/2025 | 27 | MEMORANDUM OF PLEA AGREEMENT filed in open court as to Sina Gholinejad (Shoe, A) (Entered: 05/27/2025) |
| 05/27/2025 | 28 | Plea Agreement Supplement, Sealed by Standing Order 22-SO-1 (Shoe, A) (Entered: 05/27/2025) |
| 06/24/2025 | | Set Hearing as to Sina Gholinejad: Sentencing set for the 8/19/2025 term in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. (Shoe, A) (Entered: 06/24/2025) |
| 06/25/2025 | 29 | PROPOSED SEALED MOTION by Sina Gholinejad (Attachments: # 1 Text of Proposed Order) (Pereira, Diana) (Entered: 06/25/2025) |
| 06/25/2025 | 30 | MOTION to Seal 29 PROPOSED SEALED MOTION by Sina Gholinejad filed by Sina Gholinejad. (Attachments: # 1 Text of Proposed Order) (Pereira, Diana) (Entered: 06/25/2025) |
| 06/25/2025 | | **TEXT ORDER granting 29 Sealed Motion and 30 Motion to Seal as to Sina Gholinejad. Defendant's sentencing hearing is continued to the November 4, 2025 term of court. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the Clerk of the Court shall maintain under seal the document at DE 29 until further order of the court. Counsel for the parties may have copies of DE 29 at their request. Entered by Chief Judge Richard E. Myers II on 6/25/2025.** (Shoe, A) (Entered: 06/25/2025) |
| 06/25/2025 | | Reset Hearing as to Sina Gholinejad: Sentencing set for the 11/4/2025 term in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. (Shoe, A) (Entered: 06/25/2025) |
| 07/03/2025 | 31 | Notice filed by USA as to Sina Gholinejad. *Notice of Withdrawal of Counsel* (Dickey, Ryan) (Entered: 07/03/2025) |
| 09/26/2025 | 32 | DRAFT PRESENTENCE INVESTIGATION REPORT (Sealed) as to Sina Gholinejad. (Attachments: # 1 Supplement First Draft Cover Memo **Objections Due October 10, 2025*) (Chao, A.) (Entered: 09/26/2025) |
| 10/09/2025 | 33 | OBJECTIONS TO PRESENTENCE REPORT as to Sina Gholinejad (DeVoe, Bradford) (Entered: 10/09/2025) |
| 10/10/2025 | 34 | OBJECTIONS TO PRESENTENCE REPORT as to Sina Gholinejad regarding 32 Presentence Investigation Report -Draft (Pereira, Diana) (Entered: 10/10/2025) |
| 10/21/2025 | | Notice of Hearing as to Sina Gholinejad: Sentencing set for 11/3/2025 at 2:00 PM in Wilmington - Courtroom 1 before Chief Judge Richard E. Myers II. *Motions to continue and in limine shall be filed* **three (3) business** *days before the* **start** *of a term of court. Any motion of a non-emergency nature filed after that date will be heard in open court during* |

JA015

| | | |
|---|---|---|
| | | *the scheduled hearing time, at which time all parties and counsel must be present.* ***All** requests for changes to the calendar must be made by motion for the courts consideration with a proposed order. Any requests made for changes made via email will not be considered.* Click here for court calendar. (Shoe, A) (Entered: 10/21/2025) |
| 10/24/2025 | 35 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Sina Gholinejad. (Walton, M.) (Entered: 10/24/2025) |
| 10/28/2025 | 37 | PROPOSED SEALED Document by Sina Gholinejad (Attachments: # 1 Exhibit 1. Character Letters) (Pereira, Diana) (Entered: 10/28/2025) |
| 10/28/2025 | 38 | MOTION to Seal 37 PROPOSED SEALED Document filed by Sina Gholinejad. (Attachments: # 1 Text of Proposed Order) (Pereira, Diana) (Entered: 10/28/2025) |
| 11/03/2025 | 40 | Minute Entry for proceedings held before Chief Judge Richard E. Myers II in Wilmington: Sentencing held on 11/3/2025 for Sina Gholinejad. Defendant present with Counsel and Assistant US Attorney present for the Government. Count 4 and 6: 72 months imprisonment (72 months on count 4 and 72 months on count 6; to run concurrently) - 3 years supervised release (3 years on count 4 and 3 years on count 6; to run concurrently) - $200 special assessment - no fine - $14,655,096.24 restitution - Counts 1, 2, 3, 5, 7, are Dismissed. Defendant advised of appellate rights. Defendant remanded to custody of U.S. Marshal. (Court Reporter Bobbie Shanfelder) (Shoe, A) (Entered: 11/03/2025) |
| 11/03/2025 | 42 | **JUDGMENT as to Sina Gholinejad. Counts 4 and 6: 72 months imprisonment (72 months on count 4 and 72 months on count 6; to run concurrently) - 3 years supervised release (3 years on count 4 and 3 years on count 6; to run concurrently) - $200 special assessment - no fine - $14,655,096.24 restitution - Counts 1, 2, 3, 5, 7, are Dismissed. Signed by Chief Judge Richard E. Myers II on 11/5/2025.** (Shoe, A) (Entered: 11/05/2025) |
| 11/06/2025 | 44 | Notice of Appeal filed by Sina Gholinejad as to 42 Judgment,. (Pereira, Diana) (Entered: 11/06/2025) |
| 11/06/2025 | 45 | Transmission of Notice of Appeal and Docket Sheet as to Sina Gholinejad to US Court of Appeals regarding 44 Notice of Appeal - Final Judgment.NOTE: The Docketing Statement and Transcript Order Form, if you are court appointed counsel, are available on our website at website. (Foell, S.) (Entered: 11/06/2025) |
| 11/13/2025 | 46 | US Court of Appeals Case Number 25-4607 (Karen Stump, Case Manager) for defendant Sina Gholinejad as to 44 Notice of Appeal - Final Judgment filed by Sina Gholinejad. (Foell, S.) (Entered: 11/13/2025) |
| 11/13/2025 | 47 | ORDER of US Court of Appeals appointing the Public Defender as to Sina Gholinejad regarding 44 Notice of Appeal - Final Judgment. (Foell, S.) (Entered: 11/13/2025) |
| 01/05/2026 | 48 | ***RESTRICTED*** OFFICIAL TRANSCRIPT as to Sina Gholinejad for dates of 11/03/25 Sentencing before Judge Myers, regarding 44 Notice of Appeal - Final Judgment Does this satisfy all appellate orders for this reporter? Transcript restricted by Standing Order 22-SO-1. Please review Attorney obligations regarding the redaction of electronic transcripts of court proceedings available at http://www.nced.uscourts.gov/cmecf/default.aspx (Shanfelder, Bobbie) (Entered: 01/05/2026) |
| 01/05/2026 | 49 | OFFICIAL TRANSCRIPT as to Sina Gholinejad for dates of 11/03/25 Sentencing before Judge Myers, regarding 44 Notice of Appeal - Final Judgment Court Reporter/Transcriber Bobbie Shanfelder, Telephone number Bobbie_Shanfelder@nced.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that |

JA016

| | | |
|---|---|---|
| | | date it may be obtained through PACER. Does this satisfy all appellate orders for this reporter? - Yes. Please review Attorney obligations regarding the redaction of electronic transcripts of court proceedings available on the court's website. Redaction Request due 1/29/2026. Redacted Transcript Deadline set for 2/8/2026. Release of Transcript Restriction set for 4/8/2026. (Shanfelder, Bobbie) (Entered: 01/05/2026) |
| 01/09/2026 | 50 | ***RESTRICTED*** OFFICIAL TRANSCRIPT of Arraignment as to Sina Gholinejad for dates of 5/27/2025 before Judge Richard E. Myers, II, regarding 44 Notice of Appeal - Final Judgment Does this satisfy all appellate orders for this reporter? Transcript restricted by Standing Order 22-SO-1. Please review Attorney obligations regarding the redaction of electronic transcripts of court proceedings available at http://www.nced.uscourts.gov/cmecf/default.aspx (Carroll, Jennifer) (Entered: 01/09/2026) |
| 01/09/2026 | 51 | OFFICIAL TRANSCRIPT of Arraignment Hearing as to Sina Gholinejad for dates of 5/27/2025 before Judge Richard E. Myers, II, regarding 44 Notice of Appeal - Final Judgment Court Reporter: Jenny Carroll (jenny_carroll@nced.uscourts.gov). Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Does this satisfy all appellate orders for this reporter? - yes. Please review Attorney obligations regarding the redaction of electronic transcripts of court proceedings available on the court's website. Redaction Request due 2/2/2026. Redacted Transcript Deadline set for 2/12/2026. Release of Transcript Restriction set for 4/12/2026. (Carroll, Jennifer) (Entered: 01/09/2026) |
| 01/09/2026 | | Notice of Filing of Official Transcript 51 Arraignment Hearing - Appeal. The parties have seven calendar days from the filing of the transcript to file a Notice of Intent to Request Redaction. The parties must also serve a copy on the court reporter. After filing the Notice of Intent to Request Redaction, a party must submit to the court reporter, within 21 calendar days of the filing of the transcript, a written statement indicating where the personal data identifiers to be redacted appear in the transcript. (Carroll, Jennifer) (Entered: 01/09/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/02/2026 08:50:47 | | |
| **PACER Login:** | andyjdesimone | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 4:24-cr-00016-M-RN |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**JA017**

FILED IN OPEN COURT
ON 4/4/2024 CBP
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-16-M-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| SINA GHOLINEJAD | ) | |
| a/k/a "Sina Ghaaf" | ) | |
| | ) | |

The Grand Jury charges:

## General Allegations

At all times relevant to the indictment:

1.      The defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," was an individual residing overseas, including in Iran.

2.      From at least in or about January 2019, and continuing through at least in or about March 2024, GHOLINEJAD and others known and unknown to the Grand Jury were part of a conspiracy to deploy a ransomware variant known as "Robbinhood" to (i) encrypt files on victim computer systems in the United States and elsewhere, (ii) disrupt or negatively impact the victim entities' operations by making files inaccessible, and (iii) block the victims' access to these files until the victims paid a ransom.   The conspirators also sometimes stole victim data to pressure victims into paying the ransom.

1

3.    The Robbinhood ransomware also generated ransom notes when deployed. Those ransom notes often directed the victims to pay Bitcoin to specified Bitcoin addresses, or to contact the conspirators using the Robbinhood Ransomware through a Darknet website or email address to obtain the ransom amount.

4.    The Robbinhood ransomware caused city governments, corporations, health care organizations, and other entities, in the Eastern District of North Carolina and elsewhere, to suffer tens of millions of dollars of losses. Some of the victim organizations included:

   a.    the City of Greenville, North Carolina, which was a municipality in the Eastern District of North Carolina;

   b.    the City of Gresham, Oregon;

   c.    the City of Baltimore, Maryland;

   d.    Meridian Medical Group – Specialty Care, P.C., which was an entity in New Jersey;

   e.    the City of Yonkers, New York;

   f.    Berkshire Farm Center and Services for Youth, Inc., which was a non-profit organization in New York; and

   g.    Glenn-Colusa Irrigation District, which was an entity in California.

5.    The "Darknet" was a part of the Internet that is encrypted and accessible through the Onion Router (Tor) network, a network of computers on the Internet using specific software and configurations designed to conceal the true IP addresses of the computers on the network. The Tor software allowed a browser to gain access to the Tor network, resolve websites on the Tor network (which use the .onion domain) ("Darknet websites"), and ultimately connect to the computer(s)

2

hosting the website. Unlike computers on the ordinary internet, which are all assigned a publicly registered IP address and whose location can usually be determined, computers on the Tor network cannot be easily identified or located.

6. "Ransomware" was a type of malicious software or malware that used encryption to block access to a computer, or certain files thereon, until the victim paid a ransom. By blocking access to a computer, or certain files, ransomware was designed to negatively impact the ability of victim entities from functioning normally and forcing them to pay a ransom to regain access to their computers and files.

7. "Virtual currency" or "cryptocurrency" was a digital form of value that was circulated over the Internet and was not backed by a government. Bitcoin (BTC) was one of the most popular forms of virtual currency. Virtual currencies, such as Bitcoin, used a decentralized, peer-to-peer, worldwide consensus network to enable the transfer of value. They may be used as a substitute for fiat currency—such as U.S. dollars—to buy goods or services, or they can be exchanged for fiat or other cryptocurrencies. Payments or transfers of value made with virtual currencies were typically recorded on a distributed public ledger or blockchain that contains an immutable and historical record of every transaction. Although the public addresses of those engaging in cryptocurrency transactions are recorded on a blockchain, the identities of the individuals or entities behind the public addresses are not recorded on these public ledgers. Further, to gain greater anonymity, an individual could set up multiple virtual currency addresses and associated virtual accounts called wallets.

3

**JA020**

8.    A "virtual private server" (VPS) provided computing capability (e.g., to run a website) to a user that is segregated from other users by software restrictions. A single physical server could run multiple VPSs.   However, each VPS on a physical server could be used independently with different operating systems and applications.   Internet hosting providers could often lease VPS capabilities as a service, but the user controlled the activities and data on the leased VPS.

9.    A "virtual private network" (VPN) established a secure connection between users on the internet.   A VPN was created by establishing a virtual point to point connection through the use of dedicated circuits or tunneling protocols.

<div align="center">COUNT ONE</div>

10.    Paragraphs 1 through 9 are realleged and incorporated herein as though fully set forth in this count.

<div align="center">Object of the Conspiracy</div>

11.    From an unknown date, but beginning no later than in or about January 2019, and continuing through at least in or about March 2024, in the Eastern District of North Carolina and elsewhere, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," did knowingly conspire, combine, confederate, and agree, with one or more persons, known and unknown to the Grand Jury, to commit offenses against the United States, that is:

a.    To intentionally access a computer without authorization, and thereby obtain information from a protected computer, for

<div align="center">4</div>

<div align="center">**JA021**</div>

purposes of private financial gain, all in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(i);

b.    To knowingly cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally cause damage without authorization to a protected computer, thus having caused: (i) loss to one or more persons during a one-year period, and loss resulting from the conspirators' course of conduct affecting one or more protected computers, aggregating at least $5,000; and (ii) damage affecting 10 or more protected computers during a one year period, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B); and

c.    With intent to extort from any person any money and other thing of value, to transmit in interstate and foreign commerce any communication containing a demand and request for money and other thing of value in relation to damage to a protected computer, where such damage was caused to facilitate the extortion, all in violation of Title 18, United States Code, Sections 1030(a)(7)(C) and (c)(3)(A).

<u>Manner and Means</u>

12.    Members of the conspiracy used the following manner and means, among others, to accomplish the objects of the conspiracy:

Case 4:24-cr-00016-M-RN    Document 1    Filed 04/04/24    Page 5 of 17

**JA022**

a.    Leased and maintained VPS accounts at multiple service providers in Europe and elsewhere, including in Bulgaria and the Netherlands. The conspirators used these VPSs to, among other things, host Darknet websites that enabled the conspirators to negotiate ransom demands with victims, operate VPN software to encrypt and anonymize communications, gain and maintain unauthorized access to victim computer networks, and support efforts to transfer the proceeds of victim ransom payments.

b.    Registered and operated cryptocurrency wallets for the purposes of financing VPSs and other technologies used in the scheme.

c.    Gained and maintained unauthorized access to victim computer networks by using hacking tools and other techniques to exploit vulnerabilities in victim networks and computers. The conspirators also sometimes gained unauthorized access to administrator accounts for victim computer systems and used those accounts to facilitate their ransomware attacks.

d.    Copied, transmitted, and stored information and files from the infected victim computers to VPSs controlled by the conspirators from at least around 2022.

e.    Deployed the Robbinhood ransomware software on victim computers to encrypt victim computer files and make those files inaccessible to the victims. The Robbinhood Ransomware also saved one or more ransom notes on the victim computers. The encrypted victim files often used the extensions ".enc_robbinhood," ".enc_robbin_hood," or ".rbhd."

6

**JA023**

f.      Extorted victims by requiring the payment of Bitcoin in exchange for the private key required to decrypt the victim computer files.   In instances where information and files of the victims were copied and stored by the conspirators, the conspirators also extorted victims by requiring the payment of Bitcoin in exchange for the deletion of that stolen information and files.

g.      Received ransom payments in Bitcoin and caused the transfer of the proceeds of these payments in Bitcoin and other cryptocurrencies.

h.      Registered and used tools to obfuscate the recipients of the ransom payments, such as cryptocurrency mixing services and chain-hopping (i.e., moving assets between different types of cryptocurrency).

i.      Registered, administered and used VPN technologies to encrypt and anonymize their activities, including to obfuscate their identities when logging into VPSs involved in executing the ransomware attacks or cryptocurrency wallets that received ransomware payments.

j.      Conducted research using an online search engine to support efforts to hack into victim computer systems, develop and deploy the Robbinhood ransomware, and extort victims.

<p align="center">Overt Acts</p>

13.     In furtherance of the conspiracy and to effect the objects thereof, a member of the conspiracy committed at least one of the following overt acts in the Eastern District of North Carolina and elsewhere:

<p align="center">7</p>

a.  On or about March 2, 2019; September 8, 2019; April 15, 2020; March 19, 2021; July 14, 2022; and February 8, 2023, a member of the conspiracy registered VPS infrastructure at a provider in Bulgaria.

b.  On or about March 3, 2019, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," conducted online research to create the Robbinhood Ransomware ransom note.

c.  On or about April 7, 2019, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the City of Gresham, Oregon, computer networks.

d.  On or about April 7, 2019, the conspirators extorted the City of Gresham, Oregon, by demanding a ransom in exchange for private keys to decrypt the encrypted files.

e.  Between on or about April 9, 2019, and on or about April 10, 2019, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the City of Greenville, North Carolina, computer networks.

f.  On or about April 10, 2019, the conspirators extorted the City of Greenville, North Carolina, by demanding a ransom paid in Bitcoin in exchange for private keys to decrypt the encrypted files.

g.  Between on or about May 3, 2019, and on or about May 7, 2019, a member of the conspiracy maintained unauthorized access to the City of Baltimore, Maryland, computer networks.

8

**JA025**

h.      Between on or about May 4, 2019, through on or about May 7, 2019, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," conducted online research to further the unauthorized access to the City of Baltimore, Maryland, computer networks.

i.      On or about May 7, 2019, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the City of Baltimore, Maryland, computer networks.

j.      On or about May 7, 2019, the conspirators extorted the City of Baltimore, Maryland, by demanding a ransom paid in Bitcoin in exchange for private keys to decrypt the encrypted files.

k.      Between on or about May 12, 2019, and on or about May 25, 2019, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," conducted online research to facilitate the extortion of the City of Baltimore, Maryland.

l.      Between on or about May 12, 2019, and on or about June 3, 2019, the conspirators further extorted the City of Baltimore, Maryland, by posting information publicly using the Twitter account @robihkjn.

m.      On or about July 19, 2019; November 8, 2019; July 15, 2021; and February 11, 2022, a member of the conspiracy registered VPS infrastructure at a provider in the Netherlands.

n.      On or about October 14, 2020, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the Meridian Medical Group – Specialty Care, P.C., computer networks.

9

**JA026**

o.    On or about October 14, 2020, the conspirators extorted Meridian Medical Group – Specialty Care, P.C., by demanding a ransom paid in Bitcoin in exchange for private keys to decrypt the encrypted files.

p.    On or about September 6, 2021, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the City of Yonkers, New York, computer networks.

q.    On or about September 6, 2021, the conspirators extorted the City of Yonkers, New York, by demanding a ransom paid in Bitcoin in exchange for private keys to decrypt the encrypted files.

r.    On or about July 19, 2022, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the Berkshire Farm Center and Services for Youth, Inc., computer networks.

s.    On or about July 19, 2022, the conspirators extorted the Berkshire Farm Center and Services for Youth, Inc., by demanding a ransom paid in Bitcoin in exchange for private keys to decrypt the encrypted files.

t.    On or about June 5, 2023, a member of the conspiracy used unauthorized access to deploy the Robbinhood Ransomware on the Glenn-Colusa Irrigation District computer networks.

u.    On or about June 5, 2023, the conspirators extorted the Glenn-Colusa Irrigation District by demanding a ransom in exchange for private keys to decrypt the encrypted files.

All in violation of Title 18, United States Code, Section 371.

10

**JA027**

COUNT TWO

14. Paragraphs 1 through 9 are realleged and incorporated herein as though fully set forth in this count.

15. From an unknown date, but beginning no later than on or about April 9, 2019, and continuing until on or about April 10, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," and others known and unknown to the Grand Jury knowingly caused the transmission of a program, information, code, and command, and aided and abetted the same, and, as the result of such conduct, intentionally caused damage without authorization to protected computers, that is, computers for the City of Greenville, North Carolina, and the offense caused (a) loss to one or more persons during a one-year period, and loss resulting from a related course of conduct affecting one or more protected computers, aggregating at least $5,000; and (b) damage affecting 10 or more protected computers during a one-year period.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B), and 2.

COUNT THREE

16. Paragraphs 1 through 9 are realleged and incorporated herein as though fully set forth in this count.

17. From an unknown date, but beginning no later than on or about April 9, 2019, and continuing until on or about April 10, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, SINA GHOLINEJAD, a/k/a "Sina

11

**JA028**

Ghaaf," and others known and unknown to the Grand Jury, with the intent to extort from persons money and other things of value, transmitted in interstate and foreign commerce a communication containing a demand and request for money and other thing of value in relation to damage to a protected computer, that is, computers for the City of Greenville, North Carolina, and aided and abetted the same, where such damage was caused to facilitate the extortion.

All in violation of Title 18, United States Code, Sections 1030(a)(7)(C) and (c)(3)(A), and 2.

### COUNT FOUR

18.   Paragraphs 1 through 9 are realleged and incorporated herein as though fully set forth in this count.

19.   From an unknown date, but beginning no later than on or about May 3, 2019, and continuing until at least on or about June 3, 2019, the defendant SINA GHOLINEJAD, a/k/a "Sina Ghaaf," who will first be brought to the Eastern District of North Carolina within the meaning of 18 U.S.C. § 3238, and others known and unknown to the Grand Jury, knowingly caused the transmission of a program, information, code, and command, and aided and abetted the same, and, as the result of such conduct, intentionally caused damage without authorization to protected computers, that is, computers for the City of Baltimore, Maryland, and the offense caused (a) loss to one or more persons during a one-year period, and loss resulting from a related course of conduct affecting one or more protected computers,

12

**JA029**

aggregating at least $5,000; and (b) damage affecting 10 or more protected computers during a one-year period.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B), and 2.

## COUNT FIVE

20.    Paragraphs 1 through 9 are realleged and incorporated herein as though fully set forth in this count.

21.    From an unknown date, but beginning no later than on or about May 3, 2019, and continuing until at least on or about June 3, 2019, the defendant SINA GHOLINEJAD, a/k/a "Sina Ghaaf," who will first be brought to the Eastern District of North Carolina within the meaning of 18 U.S.C. § 3238, and others known and unknown to the Grand Jury, with the intent to extort from persons money and other things of value, transmitted in interstate and foreign commerce a communication containing a demand and request for money and other thing of value in relation to damage to a protected computer, that is, computers for the City of Baltimore, Maryland, and aided and abetted the same, where such damage was caused to facilitate the extortion.

All in violation of Title 18, United States Code, Sections 1030(a)(7)(C) and (c)(3)(A), and 2.

## COUNT SIX

22.    Paragraphs 1 through 9 and 12 are realleged and incorporated herein as though fully set forth in this count.

13

**JA030**

23.    From an unknown date, but beginning no later than in or about January 2019, and continuing through at least in or about March 2024, in the Eastern District of North Carolina and elsewhere, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," did knowingly and willfully combine, conspire, confederate, and agree, with one or more persons, both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for which one or more conspirators transmitted and caused to be transmitted by means of wire communications in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

## COUNT SEVEN

24.    Paragraphs 1 through 9 and 12 are realleged and incorporated herein as though fully set forth in this count.

25.    From an unknown date, but beginning no later than in or about January 2019, and continuing through at least in or about March 2024, in the Eastern District of North Carolina and elsewhere, the defendant, SINA GHOLINEJAD, a/k/a "Sina Ghaaf," did knowingly conspire, combine, confederate, and agree with other individuals, both known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly conduct and attempt to conduct financial

14

**JA031**

transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, Computer Fraud, in violation of 18 U.S.C. § 1030, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

*(Remainder of page intentionally left blank.)*

15

**JA032**

## FORFEITURE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

Upon conviction of any felony violation of the monetary transaction offenses charged herein (including any violation of 18 U.S.C. § 1956), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

Upon conviction of any violation of, or conspiracy to violate, Section 1030 of Title 18 of the United States Code, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1030(i)(1)(B), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the said offense, or, pursuant to 18 U.S.C. § 1030(i)(1)(A), any personal property that was used or intended to be used to commit or to facilitate the commission of the said offense.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been

16

**JA033**

commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

04/03/2024
DATE

MICHAEL F. EASLEY, JR.
United States Attorney


BY: BRADFORD M. DEVOE
Assistant United States Attorney

AARASH HAGHIGHAT
RYAN K.J. DICKEY
Senior Counsels
Criminal Division, Computer Crime and Intellectual Property Section

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-cr-00016-M-RN

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEAL |
| SINA GHOLINEJAD | |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Sina Gholinejad, hereby appeals to the Fourth Circuit Court of Appeals from the judgment entered in this court in the above-captioned case. As judgment was entered by the Honorable Judge Richard E. Myers II on November 5, 2025, this notice is therefore filed within the time specification established in Rule 4(b)

Respectfully requested this 6th day of November, 2025.

G. ALAN DUBOIS
Federal Public Defender

/s/ Diana H. Pereira
DIANA H. PEREIRA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Diana_Pereira@fd.org
N.C. State Bar No. 32615
LR 57.1 Counsel Appointed

1

<u>*CERTIFICATE OF SERVICE*</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BRADFORD M. DEVOE
U.S. Attorney's Office - EDNC
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Email: bradford.devoe@usdoj.gov

By electronically filing the foregoing with the Clerk of Court on November 6, 2025, using the CM/ECF system which will send notification of such filing to the above.

This 6th day of November, 2025.

<div style="margin-left:40%">

/s/ Diana H. Pereira
DIANA H. PEREIRA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Diana_Pereira@fd.org
N.C. State Bar No. 32615
LR 57.1 Counsel Appointed

</div>

<div style="text-align:center">2</div>

# CERTIFICATE OF SERVICE

I certify that on April 14, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system and by serving a true and correct copy at the address listed below:

LUCY PARTAIN BROWN
ASSISTANT UNITED STATES ATTORNEY
Office of the United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
usance.ecfappeals@usdoj.gov

/s/ *Andrew DeSimone*
Andrew DeSimone