UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No.    25-4607        Caption: United States v. Sina Gholinejad

Appellant
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Volume III of Joint Appendix

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or
       by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat
the material as sealed:

Memo. of PA; Sealed Suppl. to Memo. of PA; Arr. Trns.; PSR; Sent. Memo. Chrctr. Ltrs.; Rstrd. Sent.
Trns.; Ord. of Rstn.:ordered sealed by district court; SOR - per Standing Order 09-SO-02 (EDNC)

4. Terms of order sealing the material, including who is permitted access to sealed material (if
filed ex parte, document must be marked SEALED and EX PARTE):



5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed
record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed:
Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

01/15/2020  SCC                                        1 of 2

## CERTIFICATE OF SERVICE

I certify that on  April 14, 2026     the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  In consolidated criminal cases, identify which sealed appendix volumes were served on each party or attorney.

Lucy Partain Brown
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
lucy.brown@usdoj.gov

/s/ Andrew DeSimone

Signature

04/14/26

Date

2 of 2