FILED: April 15, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-4607
(4:24-cr-00016-M-RN-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SINA GHOLINEJAD, a/k/a Sina Ghaaf

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume III under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk