IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES,

Appellee,

v.

No. 25-4607

SINA GHOLINEJAD,

Appellant.

**APPELLANT'S INITIAL UNOPPOSED MOTION TO EXTEND TIME TO FILE
REPLY BRIEF**

Appellant Sina Gholinejad respectfully moves this Honorable Court
for an initial twenty-eight-day extension of time for filing the reply brief,
from May 15, 2026, until June 12, 2026. The government does not oppose
this motion. In support of this motion, Mr. Gholinejad shows the Court
the following:

1.     The government filed its response brief on May 5, 2026. Mr.
Gholinejad's reply brief is due May 15, 2026.

2.     Counsel filed the reply brief in *United States v. Pacas-Aragon*,
No. 25-4475, on April 27, 2026.

3.     Counsel handled initial appearances and detention hearings
in district court on April 30, 2026.

1

4.      Counsel participated in a moot court session for a colleague on May 4, 2026.

5.      Counsel is currently preparing the opening brief and joint appendix in *United States v. Gray*, No. 25-4694, which are due June 3, 2026.

6.      Counsel needs additional time to research the multiple issues raised by the government's response brief and to prepare the reply brief. Counsel also needs additional time to communicate with Mr. Gholinejad about his appeal. This request is not being made for purposes of delay, but to ensure a careful and thorough presentation of Mr. Gholinejad's case. Mr. Gholinejad has not previously requested an extension of time to file the reply brief.

7.      For these reasons, Mr. Gholinejad respectfully requests an initial extension of twenty-eight days to file the reply brief.

8.      Assistant United States Attorney Lucy Partain Brown, who is representing the United States in this case, has no objection to the relief requested herein.

For these reasons, Mr. Gholinejad respectfully requests that this motion be granted and that the time for filing the reply brief be extended until June 12, 2026.

Respectfully submitted this 11th day of May 2026.

G. ALAN DUBOIS
FEDERAL PUBLIC DEFENDER

*/s/ Andrew DeSimone*
ANDREW DESIMONE
ASSISTANT FEDERAL PUBLIC DEFENDER
EASTERN DISTRICT OF NORTH CAROLINA
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236

## CERTIFICATE OF COMPLIANCE WITH
## TYPE VOLUME AND STYLE LIMITATIONS

This document complies with the type volume limits because it contains fewer than 1,000 words.

This document complies with the typeface and type style requirements because it has been prepared in a proportionally spaced typeface using Microsoft 365 Apps For Enterprise (Word) in size 14 Century Schoolbook font.

/s/ Andrew DeSimone
ANDREW DESIMONE