FILED:  May 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4607
(4:24-cr-00016-M-RN-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SINA GHOLINEJAD, a/k/a Sina Ghaaf

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 06/12/2026. Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk